## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE:  1:19-cv-02341-KMT

CARLOS BRITO,

     Plaintiff,

v.

CDG – ACADEMY & BRIARGATE, LLC, a Limited Liability Company,

     Defendant.
_____

### JOINT NOTICE OF GLOBAL RESOLUTION

Plaintiff, CARLOS BRITO and Defendant, CDG – ACADEMY & BRIARGATE, LLC, (collectively the "Parties"), by and through their respective attorneys, submit this Joint Notice of Global Resolution as follows:

1. The Parties reached a global resolution resolving the dispute that gave rise to this action.

2. The Parties have reached a global resolution with respect to all claims and defenses asserted by and between them in this action.

3. The Parties will file a stipulated Motion for Dismissal with Prejudice within forty-five (45) days of this Notice.

Dated this 19th, day of March, 2020.

                                            By: */s/ Anthony J. Perez*
                                                 ANTHONY J. PEREZ

                                            GARCIA-MENOCAL & PEREZ, P.L.
                                            1600 Broadway
                                            Denver, CO 80202
                                            Telephone: (303) 386-7208
                                            Facsimile: (305) 553-3031
                                            Primary E-Mail: ajperez@lawgmp.com

Secondary E-Mails: aquezada@lawgmp.com;
bvirues@lawgmp.com; ddunn@lawgmp.com
*Attorney for Plaintiff*

By: */s/ Kathleen J. Mowry*
      KATHLEEN J. MOWRY
MESSNER REEVES, LLP-Denver
1430 Wynkoop Street
Suite 300
Denver, CO 80202
Telephone: (303) 623-1800
Email: kmowry@messner.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 19th, day of March, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com

By: */s/ Anthony J. Perez*
      ANTHONY J. PEREZ