# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE: 1:19-cv-02341-KMT

CARLOS BRITO,

    Plaintiff,

v.

CDG – ACADEMY & BRIARGATE, LLC, a
Limited Liability Company,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO and Defendant, CDG – ACADEMY & BRIARGATE, LLC., through its general counsel having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Respectfully submitted this 14th day of April, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Kathleen J. Mowry* |
| ANTHONY J. PEREZ | KATHLEEN J. MOWRY |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | MESSNER REEVES, LLP-Denver |
| 1600 Broadway | 1430 Wynkoop Street, Suite 300 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone: (303) 386-7208 | Telephone: (303) 623-1800 |
| Facsimile: (305)553-3031 | Email: kmowry@messner.com |
| Primary Email: ajperezlaw@gmail.com | *Attorney for Defendant* |
| Secondary Email: aquezada@lawgmp.com | |
| and ddunn@lawgmp.com | |

## CERTIFICATE OF SERVICE

2

I hereby certify that on April 14th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, CO 80202
Telephone: (303) 386-7208
Facsimile: (305)553-3031
Primary Email: ajperezlaw@gmail.com
Secondary Email: aquezada@lawgmp.com;
ddunn@lawgmp.com


By: ___*/s/ Anthony J. Perez*_____
      ANTHONY J. PEREZ